# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

FILED
HARRISBURG, PA
APR 1 4 2017

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:17-MJ-26 |
| Joshua Michael Steever | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A PRELIMINARY & DETENTION HEARING

A final hearing in this case is scheduled as follows:

| Place: | Herman T. Schneebeli Federal Bldg. & U.S. Courthouse 240 West Third Street, Suite 218 Williamsport, PA | Courtroom No.: #3 (before Judge Arbuckle) |
|---|---|---|
| | | Date and Time: 4/27/17 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

**\*\*If the defendant is indicted, arraignment will be held.**

Date: 04/14/2017

s/Susan E. Schwab
*Judge's signature*

Susan E. Schwab, United States Magistrate Judge
*Printed name and title*