IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO: 4:17-CR-139-06 |
| CONNOR DREW DYKES | : |

ORDER MODIFYING CONDITIONS OF RELEASE

The Court, having been advised by the Probation Office, hereby modifies the conditions of release imposed on April 27, 2017, pursuant to 18 U.S.C. § 3142(c)(3), to include a mental health assessment and to comply with treatment recommendations. All other conditions of release imposed on April 27, 2017, shall remain in effect.

_____
MATTHEW W. BRANN
UNITED STATES DISTRICT JUDGE

DATE: June 16, 2017