| PROB 22 (MD/PA 6/2013) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 4:17-CR-139-03 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Stephen Daniel Davis<br>411 N. 4th Street, Room 215<br>Richmond, VA  23219 | Middle District of Pennsylvania | Williamsport |
| | NAME OF SENTENCING JUDGE | |
| | Matthew W. Brann<br>United States District Judge | |
| | DATES OF Supervised Release | FROM March 15, 2021   TO March 14, 2023 |

**OFFENSE**

Possession of a Firearm by a Convicted Felon - 21 U.S.C. § 922 (g) (1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Pennsylvania_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Eastern District of Virginia_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

_July 21, 2021._          _Matthew W. Brann_
  Date                                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____Virginia_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
Effective Date                                                       United States District Judge